RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Defendants
Caliber Home Loans, Inc., U.S. Bank Trust, N.A.,
LSF9 Master Participation Trust, and Summit
Management Company, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND W. LOU, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A.; U.S. BANK TRUST, N.A.; CHASE HOME FINANCE LLC; SUMMIT MANAGEMENT COMPANY; LSF9 MASTER PARTICIPATION TRUST; CALIBER HOME LOANS, INC.; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 3:17-cv-04157-WHO <br><br> ORDER ON STIPULATION* TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT <br><br> Assigned To: Hon. William H. Orrick <br><br> Complaint Filed: June 21, 2017 <br><br> *As modified |

**TroyGould PC**

[PROPOSED] ORDER

01425-0274 302083.1

# **ORDER**

Plaintiff Raymond W. Lou ("Plaintiff") and defendants Caliber Home Loans, Inc. ("Caliber"), U.S. Bank Trust, N.A., LSF9 Master Participation Trust, and Summit Management Company, LLC (the " Caliber Defendants"), and JPMorgan Chase Bank, N.A. ("Chase Bank") through their respective counsel of record, have agreed to continue the March 6, 2018 Case Management Conference and the deadline for the Caliber Defendants to respond to the Complaint, until after the hearing on Plaintiff's motion to be relieved as counsel, which is set for February 28, 2018:

THEREFORE:

Good cause appearing therefor, IT IS HEREBY ORDERED that:

(1) Motion to Dismiss continued to February 28, 2018 at 2:00 p.m.

(2) The Caliber Defendants have up to and including April 16, 2018, to file and serve their response to the Complaint and

(3) The Case Management Conference is continued from March 6, 2018 to April 24, 2018.

SO ORDERED.

Dated: January 29, 2018

Hon. William H. Orrick
United States District Court Judge