UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND W. LOU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK N.A., et al.,<br><br>　　　　Defendants. | Case No. 3:17-cv-04157-WHO<br><br>**JUDGMENT AS TO DEFENDANT JPMORGAN CHASE BANK, N.A.**<br><br>Re: Dkt. No. 43 |

　　　　I previously dismissed all claims against defendant JPMorgan Chase, N.A. ("Chase") and dismissed it from this case. Order Granting Chase's Mot. to Dismiss (Dkt. No. 42). Chase now moves for entry of final judgment.[1] Dkt. No. 43. This matter is suitable without oral argument, and the hearing scheduled for April 4, 2018 is VACATED. Civil L. R. 7-1(b).

　　　　Because I dismissed the claims against Chase with prejudice, I see "no just reason for delay" regarding entry of final judgment. Fed. R. Civ. P. 54(b). Judgment is hereby entered in favor of Chase and against plaintiff. Each party to bear its own fees and costs, as requested by Chase. Dkt. No. 43-1, p.2.

　　　　**IT IS SO ORDERED.**

Dated: March 21, 2018

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　William H. Orrick
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiff has not filed an opposition to this motion.