UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND W. LOU,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK N.A., et al.,<br><br>    Defendants. | Case No. 3:17-cv-04157-WHO<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 48 |

On April 23, 2018, defendants Caliber Home Loans, Inc., U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, and Summit Management Company, LLC (the "Caliber Defendants"), filed a motion to dismiss plaintiff Raymond Lou's complaint. Dkt. No. 48. Mr. Lou, who is no longer represented by counsel, *see* Dkt. No. 42, has yet to file a response, which was due on May 7, 2018. Plaintiff is ORDERED TO SHOW CAUSE why his response has not been filed. He shall respond to this order by filing an opposition to the Caliber Defendants' motion to dismiss on or before May 18, 2018. Defendants' reply (if any) must be filed on or before May 25, 2018. The hearing on the motion to dismiss will remain set for June 13, 2018 at 2:00 p.m. The case management conference currently set for May 29, 2018 is VACATED.

**IT IS SO ORDERED.**

Dated: May 14, 2018

William H. Orrick
United States District Judge